# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
 *(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

July 16, 2007                                                                                                           **Via CM/ECF Filing**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:    **Riddell v. Gordon, et al.,** C.A. No. 04-1201-***

Dear Judge Thynge:

      This case was filed on August 27, 2004. (D.I. 1). On December 15, 2004, following consideration of the six factors set forth in the case law, the Court stayed this case in light of the criminal proceedings pending against defendants Gordon and Freebery. (D.I. 13).

      Recent published newspaper accounts reveal that defendants have pled guilty to some of the criminal charges against them and the remainder have been or will be dismissed. As a result of these events, the rationale used by the Court to stay this case - including the status of the criminal proceedings, defense concerns about self-incrimination - no longer apply. Indeed, the public interest, the court's interest and plaintiff's interest in resurrecting this long-stayed case have now dramatically increased.

      Accordingly, plaintiff respectfully requests that the stay be lifted so that defendants may file their Answer and discovery may proceed. Alternatively, a teleconference with the Court may be appropriate.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:    William W. Bowser, Esq. (via CM/ECF)
       Kathleen M. Jennings, Esq. (via CM/ECF)
       Charles E. Butler, Esq. (via U.S. Mail)

Riddell \ Letters \ Thynge.01