IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT KATHLEEN RIDDELL, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> THOMAS P. GORDON, individually and in his ) <br> official capacity; SHERRY FREEBERY, ) <br> individually and in her official capacity; COLONEL ) <br> JOHN L. CUNNINGHAM, RETIRED, individually; ) <br> COLONEL DAVID F. MCALLISTER, individually ) <br> and in his official capacity; and NEW CASTLE ) <br> COUNTY, a municipal corporation ) <br> ) <br>     Defendants. ) | Civil Action No.: 04-1201-MPT |

## JOINTLY STIPULATED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by Plaintiff Sergeant Kathleen Riddell and Defendants Thomas P. Gordon, Sherry Freebery, Colonel David F. McAllister, and New Castle County (collectively "Defendants"), and pursuant to the Scheduling Conference held by the Court on December 7, 2007, subject to the approval of the Court, that the briefing schedule for Defendants' Motion to Dismiss and for Qualified Immunity, shall be as follows:

1. Defendants' Opening Brief shall be filed on or before Monday, January 7, 2008.

2. Plaintiff's Answering Brief shall be filed on or before Thursday, February 7, 2008.

3. A teleconference shall be held before the Court at 5 p.m. on Monday, February 11, 2008, to be initiated by Defendants. The parties will be asked to reevaluate the viability of their claims and allegations at that time.

4. Defendants' Reply Brief shall be filed, if at all, on or before Thursday, February 21, 2008.

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Stephen J. Neuberger* | */s/ William W. Bowser* |
| Thomas S. Neuberger, Esquire (No. 243) | William W. Bowser, Esquire (No. 2239) |
| Stephen J. Neuberger, Esquire (No. 4440) | Margaret M. DiBianca, Esquire (No. 4539) |
| Two East Seventh Street, Suite 302 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| Telephone: (302) 655-0582 | P.O. Box 391 |
| E-mail: TSN@NeubergerLaw.com; | Wilmington, Delaware 19899-0391 |
| SJN@NeubergerLaw.com | Telephone: (302) 571-6601 |
| | Facsimile: (302) 576-3282 |
| | E-mail: wbowser@ycst.com |
| | |
| MARTIN D. HAVERLY, ATTORNEY AT LAW | NEW CASTLE COUNTY LAW DEPARTMENT |
| | |
| */s/ Martin D. Haverly* | Eric L. Episcopo, Esquire (No. 2258) |
| Martin D. Haverly, Esquire (No. 3295) | 87 Reads Way |
| Two East Seventh Street, Suite 302 | New Castle, DE 19720-1648 |
| Wilmington, Delaware 19801 | Telephone: (302) 571-6601 |
| Telephone: (302) 654-2255 | Facsimile: (302) 576-3282 |
| E-Mail: Martin@HaverlyLaw.com | E-mail: eepiscopo@co.new-castle.de.us |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant New Castle County* |
| | |
| | CHARLES E. BUTLER, ESQUIRE |
| | |
| | */s/ Charles E. Butler* |
| | Charles E. Butler, Esquire (Bar I.D. 2349) |
| | 1224 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 655-4100 |
| | Facsimile: (302) 655-4212 |
| | E-mail: ceb@cebutler.com |
| | *Attorneys for Defendants Sherry Freebery, Thomas P. Gordon, and Colonel David F. McAllister, each in their individual capacity* |

[Signatures continued on following page]

                                             OBERLY JENNINGS & RHODUNDA, P.A.

                                             */s/ Kathleen M. Jennings*
                                             Kathleen M. Jennings, Esquire (Bar I.D. 913)
                                             1220 North Market Street, Suite 710
                                             P.O. Box 2054
                                             Wilmington, Delaware 19899-2054
                                             Telephone: (302) 576-2000
                                             Facsimile: (302) 576-2004
                                             E-mail: kjennings@ojlaw.com
                                             *Attorneys for Defendant Colonel John Cunningham*


IT IS SO ORDERED this _____ day of December, 2007.


                                                  United States District Court Judge