AO 85 (Delaware Rev. 7/00) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

### District of Delaware

| | |
|---|---|
| SERGEANT KATHLEEN RIDDELL,<br>  Plaintiff,<br>v.<br>THOMAS P. GORDON, individually and in his official capacity; SHERRY FREEBERY, individually and in her official capacity; COLONEL JOHN L. CUNNINGHAM, RETIRED, individually; COLONEL DAVID F. MCALLISTER, Individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation,<br>  Defendants. | NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE<br><br>Case Number: 04-1201 |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| | | |
|---|---|---|
| Plaintiff Sergeant Kathleen Riddell | /s/ Stephen J. Neuberger, Esq. | December 10, 2007 |
| Defendants Thomas P. Gordon, Sherry Freebery, and Col. David McAllister in their official capacities, and Defendant New Castle County | /s/ William W. Bowser, Esq. | December 10, 2007 |
| Defendant Col. John L. Cunningham | /s/ Kathleen M. Jennings, Esq. | December 10, 2007 |
| Defendants Thomas P. Gordon, Sherry Freebery, and Col. David McAllister in their individual capacities | /s/ Charles E. Butler, Esq. | December 10, 2007 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to __Honorable Mary Pat Thynge__ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.

__12/13/07__           __/s/ Sue L. Robinson__
Date                United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.