## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SERGEANT KATHLEEN RIDDELL, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-1201 |
| | : | |
| v. | : | |
| | : | |
| THOMAS P. GORDON, et al., | : | |
| | : | |
| Defendants. | : | |

### PROPOSED ORDER

AND NOW this ____ day of _____ 200_, it is hereby ORDERED that this Court's prior Memorandum Order entered December 15, 2004 (D.I. 13) is VACATED and the stay in this litigation as to all proceedings is TERMINATED.


BY THE COURT,

_____

Honorable Mary Pat Thynge, U.S.M.J.