IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SERGEANT KATHLEEN RIDDELL, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-1201 |
| | : | |
| v. | : | |
| | : | |
| THOMAS P. GORDON, et al., | : | |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER**

AND NOW this _17_ day of _December_ 200_, it is hereby ORDERED that this Court's prior Memorandum Order entered December 15, 2004 (D.I. 13) is VACATED and the stay in this litigation as to all proceedings is TERMINATED.

BY THE COURT,

_____
Honorable Mary Pat Thynge, U.S.M.J.