IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SERGEANT KATHLEEN RIDDELL, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 04-1201-MPT |
| THOMAS P. GORDON, et al., | : | |
| Defendants. | : | |
| _____ | : | |
| CHIEF HENRY V. TOBIN, III, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 04-1211-MPT |
| THOMAS P. GORDON, et al., | : | |
| Defendants. | : | |
| _____ | : | |
| CAPTAIN MATTHEW J. JAMISON, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 04-1568-MPT |
| THOMAS P. GORDON, et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **6th** day of **February, 2008**.

IT IS ORDERED that the teleconference in the above matters scheduled for Monday, February 11, 2008 at 5:00 p.m. with Magistrate Judge Thynge shall take place at **10:30 a.m. Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE