# THE NEUBERGER FIRM

## ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
    *(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

February 18, 2008

**Via CM/ECF Filing**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:    **Riddell v. Gordon, et al.,** C.A. No. 04-1201-***-MPT

Dear Judge Thynge:

    During the teleconference with the Court last Monday, February 11, 2008, the Court instructed the parties to submit a short letter containing the ten most relevant cases from the briefing. The Court explained that only a short, parenthetical identifying the issue the case addressed was allowed and no additional discussion was permitted.

    The four page, fifteen paragraph defense letter of February 15, 2008 (D.I. 32), flatly disregarded the Court's simple instructions and should be stricken as non-compliant.

    I am at the Court's disposal to address these matters further.

Respectfully Submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:    All Counsel (via CM/ECF)

Riddell \ Letters \ Thynge.04