## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SERGEANT KATHLEEN RIDDELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 04-1201-MPT |
| | : | |
| THOMAS P. GORDON, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **19th** day of **February, 2008**.

IT IS ORDERED that the defendants shall resubmit a letter to the Court that **just lists** the cases contained in its letter dated February 15, 2008 (D.I. 32).

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE